SAMUEL E. WING, PETITIONER *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT

Docket No. 11994–81.     Filed March 14, 1983.

On April 19, 1983, by order of Judge Howard A. Dawson, Jr., the opinion filed in this case on March 14, 1983, was withdrawn.